**Henry HEIGHTMAN v. STATE.**

No. 13513.

Court of Criminal Appeals of Texas.

April 23, 1930.

Williams & Williams, of Mt. Pleasant, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is transporting intoxicating liquor; the punishment confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.